PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PERRY GENE WILLARD, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 1:22-cv-00995-BAM (SS) <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: November 16, 2022         /s/ Matthew Franklin Holmberg *
                                 MATTHEW FRANKLIN HOLMBERG
                                 Attorney for Plaintiff
                                 *Authorized via e-mail on November 15, 2022

                                 PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7
                                 Social Security Administration

                         By:     /s/ Mary Tsai
                                 MARY TSAI
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation. The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:  **November 17, 2022**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE