1  Matthew F. Holmberg
   Attorney at Law: 321167
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Perry Gene Willard

7

8           **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

11 | PERRY GENE WILLARD, | ) | Case No.: 1:22-cv-00995-BAM |
|---|---|---|
12 | Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ |
   | | ) | ORDER FOR THE AWARD AND |
13 | vs. | ) | PAYMENT OF ATTORNEY FEES |
   | | ) | AND EXPENSES PURSUANT TO |
14 | KILOLO KIJAKAZI, | ) | THE EQUAL ACCESS TO JUSTICE |
   | Acting Commissioner of Social | ) | ACT, 28 U.S.C. § 2412(d) AND |
15 | Security, | ) | COSTS PURSUANT TO 28 U.S.C. § |
   | | ) | 1920 |
16 | Defendant. | ) | |

17

18    TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE

19 JUDGE OF THE DISTRICT COURT:

20    IT IS HEREBY STIPULATED, by and between the parties through their

21 undersigned counsel, subject to the approval of the Court, that Perry Gene Willard

22 be awarded attorney fees and expenses in the amount of eight hundred dollars

23 ($800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and

24 no costs under 28 U.S.C. § 1920.  This amount represents compensation for all

25 legal services rendered on behalf of Plaintiff by counsel in connection with this

26 civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Perry Gene Willard, the government will consider the matter of Perry Gene Willard's assignment of EAJA fees to Law Offices of Lawrence D. Rohlfing, Inc., CPC.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Perry Gene Willard, but if the Department of the Treasury determines that Perry Gene Willard does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Perry Gene Willard.[1]  Any payments made shall be delivered to Matthew F. Holmberg.

This stipulation constitutes a compromise settlement of Perry Gene Willard's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Perry Gene Willard and/or Matthew F. Holmberg including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Matthew F. Holmberg and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1 | attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of
2 | the EAJA.

3 | DATE: January 10, 2023     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Matthew F. Holmberg*
BY: _____
Matthew F. Holmberg
Attorney for plaintiff Perry Gene Willard

DATED: January 10, 2023     PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

/s/ *Mary Tsai*
_____
MARY TSAI
Special Assistant United States Attorney
Attorneys for Defendant
KILOLO KIJAKAZI, Acting Commissioner of Social Security (Per e-mail authorization)

-3-

**ORDER**

Based on the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 (the "Stipulation"), IT IS ORDERED that fees and expenses in the amount of eight hundred dollars ($800.00) under EAJA, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **January 12, 2023**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE